UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

JUSTIN VASQUEZ,                                               Case No.: 1:21-cv-04916

                         Plaintiff(s),

        -against-

EAST ROCKAWAY CENTER LLC d/b/a
LYNBROOK RESTORATIVE THERAPY &
NURSING, YIDDY (LAST NAME UNKNOWN), and
ANDREW (LAST NAME UNKNOWN),

                         Defendant(s).
------------------------------------------------------------------------X

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant EAST ROCKAWAY CENTER LLC d/b/a LYNBROOK RESTORATIVE THERAPY & NURSING.

Dated:  New York, New York
           September 13, 2021

                                              Respectfully submitted,

                                              **LEWIS JOHS AVALLONE AVILES, LLP**
                                              *Attorneys for Defendant*
                                              *EAST ROCKAWAY CENTER LLC*
                                              *d/b/a LYNBROOK RESTORATIVE THERAPY & NURSING*
                                              61 Broadway, Suite 2000
                                              New York, New York 10006
                                              (212) 233-7195

                    By:      _____
                                   **Kevin D. Clinton, Esq. (KC2720)**

LJAA File No.: 0406.1001.NY00