UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JUSTIN VASQUEZ,                                                             **Case No.: 1:21-cv-04916**

                             Plaintiff(s),

-against-

EAST ROCKAWAY CENTER LLC d/b/a
LYNBROOK RESTORATIVE THERAPY &
NURSING, YIDDY (LAST NAME UNKNOWN), and
ANDREW (LAST NAME UNKNOWN),

                               Defendant(s).
------------------------------------------------------------------------X

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Yiddy Eisen (sued herein as "Yiddy") and Andrzej "Andrew" Urbaniak (sued herein as "Andrew").

Dated: New York, New York
          October 27, 2021

                                              Respectfully submitted,

                                              **LEWIS JOHS AVALLONE AVILES, LLP**
                                              *Attorneys for Defendants*
                                              *EAST ROCKAWAY CENTER LLC*
                                              *d/b/a LYNBROOK RESTORATIVE THERAPY & NURSING, YIDDY EISEN and ANDRZEJ URBANIAK*
                                              61 Broadway, Suite 2000
                                              New York, New York 10006
                                              (212) 233-7195

                            By:   _____
                                        **Kevin D. Clinton, Esq. (KC2720)**
                                        LJAA File No.: 0406.1001.NY00