UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

JUSTIN VASQUEZ,                                                    Case No.: 1:21-cv-04916

                         Plaintiff(s),

         -against-

EAST ROCKAWAY CENTER LLC d/b/a
LYNBROOK RESTORATIVE THERAPY &
NURSING, YIDDY (LAST NAME UNKNOWN), and
ANDREW (LAST NAME UNKNOWN),

                         Defendant(s).
------------------------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT

       Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1 of the United States District Courts for the Southern and Eastern Districts of New York, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for East Rockaway Center LLC d/b/a Lynbrook Restorative Therapy & Nursing ("Lynbrook") certifies that Lynbrook has no parent corporation and that no publicly traded corporation currently owns 10% or more of Lynbrook's stock.

Dated:  New York, New York
          October 28, 2021

                                      Respectfully submitted,

                                      **LEWIS JOHS AVALLONE AVILES, LLP**
                                      *Attorneys for Defendants*
                                      *EAST ROCKAWAY CENTER LLC d/b/a LYNBROOK*
                                      *RESTORATIVE THERAPY & NURSING, YIDDY EISEN*
                                      *and ANDRZEJ "ANDREW" URBANIAK*
                                      61 Broadway, Suite 2000
                                      New York, New York 10006
                                      (212) 233-7195

                  By:   _____
                            **Kevin D. Clinton, Esq. (KC2720)**
                            LJAA File No.: 0406.1001.NY00

TO: **Via ECF and Electronic Mail Delivery**
Jonathan@shalomlawny.com
Jonathan Shalom, Esq.
SHALOM LAW, PLLC
*Attorneys for Plaintiff*
105-13 Metropolitan Avenue
Forest Hills, New York 11375-6737
(718) 971-9474