

December 23, 2021

**Via ECF Only**
U.S. Magistrate Judge Taryn A. Merkl
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **Justin Vasquez v. East Rockaway Center LLC, et al.**
              **EDNY Case No.:**    1:21-cv-04916
              **LJAA File No.:**     0406.1001.NY00

Dear Judge Merkl:

      Please allow the following to serve as Defendants' response to Plaintiff's December 16, 2021 correspondence. As I reported to Your Honor's clerk last week, my law firm has had some technical difficulties over the last week or so. Defense counsel never received any written correspondence that Plaintiff's counsel references in his December 16, 2021 letter; I attribute this to the technical difficulties. That notwithstanding, Defendants shall be serving a pleading responsive to Plaintiff's first amended complaint by close of business today. Defendants welcome the opportunity to conference the case before Your Honor at Your Honor's convenience.

Very truly yours,

*Kevin D. Clinton*

Kevin D. Clinton
kdclinton@lewisjohs.com
*New York City Office*

KDC/gd

      cc:    **Via ECF Only**
              Jonathan@shalomlawny.com
              Jonathan Shalom Esq.
              SHALOM LAW, PLLC
              *Attorneys for Plaintiff*