

April 15, 2022

**Via ECF Only**
U.S. Magistrate Judge Taryn A. Merkl
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Justin Vasquez v. East Rockaway Center LLC, et al.
           EDNY Case No.:   1:21-cv-04916
           LJAA File No.:    0406.1001.NY00

Dear Judge Merkl:

    Please allow the following to serve as the parties' joint request to extend discovery deadlines in this matter. The parties hereby request that Phase I discovery be allowed to end on June 3, 2022 and that the May 5, 2022 pre-settlement conference be adjourned to a date acceptable by the Court in early June of 2022.

    The parties thank the Court for its time and attention to this matter.

Very truly yours,

*Kevin D. Clinton*

Kevin D. Clinton
kdclinton@lewisjohs.com
*New York City Office*

KDC/kdc

cc:    **Via ECF Only**
       Jonathan@shalomlawny.com
       Jonathan Shalom Esq.
       SHALOM LAW, PLLC
       *Attorneys for Plaintiff*