

July 19, 2022

**<u>Via ECF Only</u>**
U.S. Magistrate Judge Taryn A. Merkl
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    **Justin Vasquez v. East Rockaway Center LLC, et al.**
               **EDNY Case No.:**    **1:21-cv-04916**
               **<u>LJAA File No.:</u>**     **0406.1001.NY00**

Dear Judge Merkl:

       Please allow the following to serve as the parties' joint response to Your Honor's docket entry earlier today. On June 23, 2022, the parties advised ADR Administrator Robyn Weinstein that Barry Peek had been selected as mediator. The parties are set to mediate the matter before Mr. Peek on August 16, 2022 via remote means.

       The parties thank the Court for its time and attention to this matter.

Very truly yours,

*Kevin D. Clinton*

Kevin D. Clinton
kdclinton@lewisjohs.com
*New York City Office*

KDC/kdc

cc:    **<u>Via ECF Only</u>**
        Jonathan@shalomlawny.com
        Jonathan Shalom Esq.
        SHALOM LAW, PLLC
        *Attorneys for Plaintiff*